**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Christopher David Shumpert, Appellant.

Appellate Case No. 2023-000568

―――――――――

Appeal From Lexington County
Debra R. McCaslin, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2026-UP-240
Submitted April 1, 2026 – Filed May 20, 2026

―――――――――

**APPEAL DISMISSED**

―――――――――

Senior Appellate Defender Kathrine Haggard Hudgins, of
Columbia, and Christopher David Shumpert, pro se, both
for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Melody Jane Brown,
both of Columbia, for Respondent.

―――――――――

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.